```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- X
                              :
UNITED STATES OF AMERICA      :
                              :   UNSEALING ORDER
         - v. -               :
                              :   S1 22 Cr. 199 (LGS)
MIGUEL ARCE and               :
ANA FERNANDEZ,                :
                              :
         Defendants.          :
                              :
------------------- X
```

       Upon application of the United States of America, by and through Assistant United States Attorneys Kevin Mead and Michael Herman, it is hereby ORDERED that Indictment S1 22 Cr. 199 (LGS) in the above-captioned case, which was filed under seal on April 4, 2022, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
      April 12, 2022

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK