UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                        :
  UNITED STATES OF AMERICA,             :
                                        :
                                        :        22 Cr. 199-02 (LGS)
                     -against-          :
                                        :              ORDER
  MIGUEL ARCE,                          :
                          Defendant,    :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS this case has been assigned to me for all purposes.

WHEREAS on April 12, 2022, a Superseding Indictment was filed naming Miguel Arce

as a Defendant in this action (Dkt. No. 17).  It is hereby,

 **ORDERED** that counsel for Defendant Miguel Arce and the Government shall file by

**Tuesday, June 7, 2022**, a joint letter via CM/ECF proposing a schedule for discovery, the filing

of motions, and three proposed dates for a status conference.  The parties also should state

whether the parties seek to have the Court's exclude time under the Speedy Trial Act between the

filing of the order and the pre-trial conference, and the basis for the exclusion.  It is further,

 **ORDERED** that all deadlines previously set in the Court's Order dated April 8, 2022

(Dkt. No 15) shall remain in effect.


Dated: June 2, 2022
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE