UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,        :
                                                                   :       22 Cr. 199 (LGS)
             -against-                  :
                                                     :       <u>ORDER</u>
ANA FERNANDEZ AND MIGUEL ARCE,  :
                          Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the status conference currently scheduled for February 21, 2023, is adjourned to **February 27, 2023, at 10:30 a.m.**

Dated: February 16, 2023
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**