UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,   :
:
:   22 Cr. 199 (LGS)
-against-   :
:   ORDER
ANA FERNANDEZ AND MIGUEL ARCE,   :
Defendants,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference currently sentencing currently scheduled for March 14, 2023, is adjourned to **March 28, 2023, at 11:00 a.m.** due to expected inclement weather in the New York City area.

Dated: March 13, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**